Jermaine JONES, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 561, 2015

Supreme Court of Delaware.

Submitted: June 15, 2016

Decided: June 22, 2016

Court Below: Superior Court of the
State of Delaware, Cr. ID No. 1409005743

AFFIRMED.

Marvin T. BURTON, Defendant–
Below, Appellant,

v.

STATE of Delaware, Plaintiff–
Below, Appellee.

No. 522, 2014

Supreme Court of Delaware.

Submitted: June 15, 2016

Decided: June 22, 2016

Court Below: Superior Court of the
State of Delaware, Cr. ID. No. 0410003743

AFFIRMED.

Leslie TANNER,[1] Respondent
Below, Appellant,

v.

Eric TOLBERT, Respondent
Below, Appellee.

No. 277, 2015

Supreme Court of Delaware.

Submitted: June 10, 2016

Decided: August 9, 2016

Rehearing En Banc Denied
August 31, 2016

Court Below—Family Court of the State
of Delaware, File No. CN13–0364, Petition
No. 13–09570

AFFIRMED.

In the MATTER OF the PETITION
OF Weih S. CHANG for a Writ
of Mandamus

No. 377, 2016

Supreme Court of Delaware.

Submitted: August 8, 2016

Decided: August 16, 2016

Corrected: August 18, 2016

DISMISSED.

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).